```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 22011
   STEPHEN L FAY
   CATHERINE H FAY                              CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-2878      SSN XXX-XX-1101
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/02/05 and confirmed on 09/09/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  46493.66 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 1500.00 | .00 | 1500.00 |
| GREEN TREE | SECURED | .00 | .00 | .00 |
| GREEN TREE | MORTGAGE ARRE | 1132.99 | .00 | 1132.99 |
| HARRIS BANK CONSUMER LOA | SECURED | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3532.32 | .00 | 3532.32 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 3655.88 | .00 | 3655.88 |
| ROUNDUP FUNDING LLC | UNSECURED | 2832.42 | .00 | 2832.42 |
| JOHN KATSIS DDS | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MINNESOTA DEPT OF REVENU | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5418.12 | .00 | 5418.12 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 12383.14 | .00 | 12383.14 |
| INTERNAL REVENUE SERVICE | UNSECURED | 10338.06 | .00 | 10338.06 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 1273.16 | .00 | 1273.16 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 2632.99 | .00 | 39433.10 | .00 | 42066.09 |
| PRINCIPAL PAID | 2632.99 | .00 | 39433.10 | .00 | 42066.09 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 2632.99 | .00 | 39433.10 | .00 | 42066.09 |

The Debtor's attorney, DANIEL J WINTER                , was allowed $    2839.00 and was paid $     406.00   direct and $    2433.00   through the plan.

The Trustee received $   1994.57 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/09/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE